UNITED STATES COURT OF INTERNATIONAL TRADE                                   FORM 1

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | S U M M O N S<br>In Actions Under<br>28 U.S.C. ' 1581 (a)<br><br>13-00292 |

TO:   The Attorney General and the Secretary of the Treasury:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. ' 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

L.S.                                                              _____
                                                                          Clerk of the Court

## PROTEST

| Port of Entry | Jacksonville, Florida | Date Protest Filed | 01-30-13 |
|---|---|---|---|
| Protest Number: | 1803-13-100005 | Date Protest Denied | 02-27-13 |
| Importer: | XIN AN USA. | | |
| Category of Merchandise: Honey | | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Liquidation Date | Demand Date |
|---|---|---|---|
| M94-0042473-2 and others as per schedule attached | 04-05-05 | 5-18-12 | 8-3-12 |

United States Customs & Border Protection
2831 Talleyrand Avenue
Jacksonville, FL 32206

Barnes Richardson & Colburn, LLP
Attorneys for Plaintiff
475 Park Avenue South
New York, New York 10016
212-725-0200

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| | | | | |

**Other:**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:
Whether the claims against Hartford should be cancelled or mitigated because:
1) The bonds contained facial defects
2) The entries were deemed liquidated by operation of law

The issue which was common to all such denied protests:
Whether the claims against Hartford should be cancelled or mitigated because:
1) The bonds contained facial defects
2) The entries were deemed liquidated by operation of law

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in the importer=s behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issued stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

/S/ Frederic D. Van Arnam
August 20, 2013

# Xin An USA Inc.
## Schedule of Entries – Port of Jacksonville, FL

| Entry Number | Entry Date | Liquidation Date |
|---|---|---|
| M94-0042473-2 | 04/05/2005 | 5/18/2012 |
| M94-0042474-0 | 04/05/2005 | 5/18/2012 |
| M94-0042475-7 | 04/05/2005 | 5/18/2012 |
| M94-0042476-5 | 04/05/2005 | 5/18/2012 |
| M94-0042477-3 | 04/05/2005 | 5/18/2012 |
| M94-0042479-9 | 04/06/2005 | 5/18/2012 |
| M94-0042480-7 | 04/05/2005 | 5/18/2012 |
| M94-0042482-3 | 04/05/2005 | 5/18/2012 |
| M94-0042483-1 | 04/05/2005 | 5/18/2012 |
| M94-0042862-6 | 05/19/2005 | 5/18/2012 |
| M94-0042863-4 | 05/19/2005 | 5/18/2012 |
| M94-0042864-2 | 05/19/2005 | 5/18/2012 |
| M94-0042865-9 | 05/19/2005 | 5/18/2012 |
| M94-0042866-7 | 05/19/2005 | 5/18/2012 |
| M94-0042868-3 | 05/19/2005 | 5/18/2012 |
| M94-0042869-1 | 05/19/2005 | 5/18/2012 |
| M94-0042872-5 | 05/19/2005 | 5/18/2012 |
| M94-0043056-4 | 06/13/2005 | 5/18/2012 |
| M94-0043057-2 | 06/13/2005 | 5/18/2012 |
| M94-0043058-0 | 06/13/2005 | 5/18/2012 |
| M94-0043074-7 | 06/21/2005 | 5/18/2012 |
| M94-0043078-8 | 06/16/2005 | 5/18/2012 |
| M94-0043084-6 | 06/16/2005 | 5/18/2012 |
| M94-0043085-3 | 06/16/2005 | 5/18/2012 |
| M94-0043086-1 | 06/21/2005 | 5/18/2012 |
| M94-0043087-9 | 06/16/2005 | 5/18/2012 |
| M94-0043143-0 | 07/01/2005 | 5/18/2012 |
| M94-0043198-4 | 07/01/2005 | 5/18/2012 |
| M94-0043207-3 | 07/01/2005 | 5/18/2012 |
| M94-0043208-1 | 07/01/2005 | 5/18/2012 |
| M94-0043407-9 | 07/25/2005 | 5/18/2012 |
| M94-0043409-5 | 07/25/2005 | 5/18/2012 |
| M94-0043527-4 | 08/17/2005 | 5/18/2012 |
| M94-0043530-8 | 08/17/2005 | 5/18/2012 |
| M94-0043531-6 | 08/17/2005 | 5/18/2012 |
| M94-0043532-4 | 08/17/2005 | 5/18/2012 |
| M94-0043533-2 | 08/22/2005 | 5/18/2012 |
| M94-0043535-7 | 08/17/2005 | 5/18/2012 |